IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DECAYLA MAYES, ) <br> ) <br> Plaintiff, ) <br> ) No. 2:23-cv-01224-TLP-atc <br> v. ) <br> ) JURY DEMAND <br> THE CHEESECAKE FACTORY ) <br> RESTAURANTS, INC., ) <br> ) <br> Defendant. ) | |

## JUDGMENT

**JUDGMENT BY THE COURT.** This action came before the Court on Notice of Removal from Shelby County Circuit Court, filed on October 19, 2023. (ECF No. 1.) In accordance with the Stipulation of Dismissal (ECF No. 22), agreed to by the parties in the case and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear their own costs.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

September 6, 2024
Date